# Exhibit C

**NCS's U.S. Patent No. 10,465,445 ("the '445 Patent") and the Summit Glass Flotation Sub**

| Asserted Claims of US Patent No. 10,465,445 | Summit Glass Flotation Sub[1] |
|---|---|
| 1.0 A float tool configured for use in a casing string for a wellbore containing a well fluid, the casing string having an internal diameter that defines a fluid passageway between an upper portion of the casing string and a lower portion of the casing string, the float tool comprising: | NCS contends the preamble of claim 1 is not limiting.  If it is found to be limiting, the preamble is met by the Summit Glass Floatation Sub as follows: Summit markets the following Summit Glass Floatation Sub for use in a casing string placed in a wellbore: |

---

[1] All references to the Summit Glass Flotation Sub are found in images of Summit's brochure for the Summit Glass Flotation Sub, attached as Exhibit B to the Complaint.

1

> **THE CASING RUNNER**
> Summit Glass Flotation Sub
>
> Summit's Casing Runner Glass Flotation Sub allows operators to float casing to bottom in long laterals and reduces the likelihood of needing to wash and ream casing to bottom. The flotation sub is installed as part of the casing string at a predetermined depth above the landing point. The casing below the flotation sub is left empty creating buoyancy that significantly reduces friction and drag forces through the lateral while the weight of fluid helps drive the casing to bottom.
>
> The flotation sub is simple to operate. A recess in the sub contains the glass material which provides a secure barrier under high temperatures and axial loads, capable of withholding extreme levels of differential pressure from above. The shear ring which activates the tool holds an extremely tight tolerance of +/- 5% of expected shear value. The tool functions primarily at a predetermined differential pressure by simply increasing surface applied pressure for activation. Upon activation of the shear ring, the glass material shatters into powder-like particles that are harmlessly circulated through toe sleeves and float equipment.
>
> The Casing Runner does not require a debris catcher, a separate landing collar, or pup joint. The tool is equipped with FKM seals which are rated to 400 degrees F. Summit offers the flotation sub in a slim hole design (maximum OD of 6.50") and premium casing threads are available.

The casing string has an internal diameter for passing fluid between an upper portion of the casing (i.e. the portion of the casing connected to the upper end of the floatation sub, shown below in **blue**) and lower portion of the casing (the portion of the casing connected to the lower end of the floatation sub, shown below in **orange**):

2

| | | |
|---|---|---|
| | | ← upper end<br><br>← lower end |
| 1.1 | a rupture disc assembly comprising (i) a tubular member having an upper end and a lower end, the upper and lower ends configured for connection in-line with the casing string and | *See* claim element 1.0.  The Summit Glass Flotation Sub (i.e. a "rupture disc assembly") is connected to the casing string.  The Summit Glass Flotation Sub has a tubular member that has an upper end (element 1.0 above, in **blue**) and a lower end (element 1.0 above, in **orange**).  The upper and lower ends of the Summit Glass Flotation Sub are connected in-line with the casing. |
| 1.2 | (ii) a rupture disc having a rupture burst pressure and in sealing engagement with a region of the tubular member within the upper and lower ends, | As shown below, the Summit Glass Flotation Sub (i.e. "rupture disc assembly") includes a glass barrier (i.e., a "rupture disc," below in **purple**).  This barrier is in sealing engagement with the inner walls of the Summit Glass Flotation Sub: |

3

| | | |
|---|---|---|
| | | ![Glass barrier diagram] |
| | | The glass barrier is designed to rupture at a specific pressure: |
| | | The flotation sub is simple to operate. A recess in the sub contains the glass material which provides a secur[e] barrier under high temperatures and axial loads, capable of withholding extreme levels of differential pressu[re] from above. The shear ring which activates the tool holds an extremely tight tolerance of +/- 5% of expected shear value. The tool functions primarily at a predetermined differential pressure by simply increasing sur[face] applied pressure for activation. Upon activation of the shear ring, the glass material shatters into powder-l[ike] particles that are harmlessly circulated through toe sleeves and float equipment. |
| 1.3 | wherein the rupture disc is configured to rupture when exposed to a rupturing force greater than the rupture burst pressure | *See* claim element 1.2. |
| 1.4 | and the region of the tubular member where the rupture disc is attached has a larger internal diameter than the internal | The Summit Glass Flotation Sub glass barrier (i.e. "rupture disc") (*see* element 1.2) is positioned in a region of the Summit Glass Flotation Sub that has a larger |

4

| | | |
|---|---|---|
| | diameter of the casing string and is parallel to the internal diameter of the casing string. | internal diameter (below in **gold**) than the internal diameter of the casing string (below in **pink**), and is parallel to the internal diameter of the casing string:<br><br>[Image: cross-section showing Larger internal diameter and smaller internal diameter] |
| 8. | The float tool recited in claim 1 wherein the rupture disc forms an upper seal of a sealed chamber. | As shown below, the Summit Glass Flotation Sub can be placed on the casing string "above the landing point" as an upper seal:<br><br>**THE CASING RUNNER**<br>*Summit Glass Flotation Sub*<br><br>Summit's Casing Runner Glass Flotation Sub allows operators to float casing to bottom in long laterals and reduces the likelihood of needing to wash and ream casing to bottom. The flotation sub is installed as part of the casing string at a predetermined depth above the landing point. The casing below the flotation sub is left empty creating buoyancy that significantly reduces friction and drag forces through the lateral while the weight of fluid helps drive the casing to bottom. |

5

|  |  | The Summit Glass Flotation Sub is run in combination with a lower seal, which is a seal that is placed at the lower end of the casing string to create the buoyant chamber between the Summit Glass Flotation Sub and the lower seal. Thus, the Summit Glass Flotation Sub forms an upper seal of a sealed chamber, while a lower seal forms a lower seal of the sealed chamber. |
|---|---|---|
| 14. | The float tool recited in claim 8 further comprising a lower seal on the sealed chamber. | *See* claim 8. |